UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00285-MOC-DCK

| | | |
|---|---|---|
| **CAREY FRANKLIN BECTON,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendants' Motion for Summary Judgment. A response to such motion was due to be filed on February 1, 2013; however, the mediation deadline was enlarged after the Motion for Summary Judgment was filed, which reset the mediation deadline for February 15, 2013. See Order (#7). The motion did not seek an enlargement of the time to respond to the Motion for Summary Judgment, as would be expected. In an abundance of caution, and assuming that the parties did not intend that plaintiff be in a default position during mediation, the court will *sua sponte* enlarge the response period to February 22, 2013. The parties are, however, advised that all deadlines that may be impacted by an extension of another deadline should, in the future, be addressed in any motion for enlargement.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's response to defendants' Motion for Summary Judgment (#6) be filed not later than February 22, 2013.

Signed: February 6, 2013

Max O. Cogburn Jr.
United States District Judge